Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 10 2021

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT SILVIO AGLI and
MARIA RACHEL MENDOZA,

Defendants.

4:21-CR-6033-SAB

INDICTMENT

Vio: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
Possession with Intent to Distribute of 50 Grams or More of Actual (Pure) Methamphetamine

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

On or about July 11, 2019, in the Eastern District of Washington, the Defendants, ROBERT SILVIO AGLI and MARIA RACHEL MENDOZA, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendants ROBERT SILVIO AGLI and MARIA RACHEL MENDOZA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

1  the United States of America shall be entitled to forfeiture of substitute property
2  pursuant to 21 U.S.C. § 853(p).
3
4      DATED this 10th day of August 2021.
5
6                          A TRUE BILL
7
8                          Foreperson
9
10 Joseph H. Harrington
11 Acting United States Attorney
12
13
14
15 Thomas J. Hanlon
   Supervisory Assistant United States Attorney
16
17
18 Michael D. Murphy
   Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

INDICTMENT – 3