FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT SILVIO AGLI,<br><br>    Defendant. | No. 4:21-CR-06033-SAB-1<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the Government's Motion to Dismiss Indictment as to Defendant Robert Silvio Agli Only, ECF No. 51. The Government moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment, ECF No. 1, against Defendant Agli without prejudice.

//
//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment as to Defendant Robert Silvio Agli Only, ECF No. 51, is **GRANTED**.

2. Pursuant to Federal Rule of Criminal Procedure 48(a), the Indictment, ECF No. 1, against Defendant Agli is **DISMISSED** without prejudice.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 30th day of November 2021.



_____
Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 2**